IN THE UNITED STATE BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE - OPELOUSAS DIVISION

IN RE:  EUGENE NUGENT WOOD  Case No. 05-50267
       PAUL THOMAS WOOD

## TRANSMITTAL OF UNCLAIMED FUNDS

ELIZABETH G. ANDRUS, Trustee of this estate, reports the following:

(1) Final distribution has been made in this case. The following creditor(s) was/were entitled to funds:

| NAME AND ADDRESS: | AMOUNT OF PAYMENT: |
|---|---|
| Louisiana Oncology<br>C/o Credit Bureau<br>P.O. Box 1427<br>Baton Rouge LA 70821 | $494.33 |
| Dr. Rod Smith<br>2900 Moss St.<br>Lafayette LA 70501 | $90.78 |

(2) The distribution checks to the above creditors were not presented for payment within ninety (90) days, consequently; the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U.S. Bankruptcy Code Section 347(a).

(3) A check made payable to the Clerk, U.S. Bankruptcy Court, in the amount of $585.11, representing the value of said funds is attached hereto.

Lafayette, Louisiana this   19th   day of  March, 2010.

      /s/ Elizabeth G. Andrus
      ELIZABETH G. ANDRUS, TRUSTEE
      500 Dover Blvd., Suite 110
      Lafayette, Louisiana 70503-5000
      Telephone:  (337) 981-3858